1  **Theodore W. Hoppe #138064**
   **COOPER & HOPPE**
2  *ATTORNEYS AT LAW*
     *929 L Street*
3   *Fresno, California 93721-2734*
     *Telephone (559) 442-1650*
4   *Facsimile (559) 442-1659*

5  Attorneys for Defendant
   SHAW BARCUS INVESTMENTS (Erroneously referred
6  to within as BARCUS SHAW INVESTMENTS)

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  WILLIAM TRANQUILLI, | **CASE NO: 1:06-CV-01711-AWI-SMS** |
| 11       Plaintiff, | **STIPULATION TO CONTINUE JOINT SCHEDULING CONFERENCE** |
| 12  vs. | |
| 13  BARCUS SHAW INVESTMENTS | **ORDER** |
| 14       Defendants. | |

16       IT IS HEREBY STIPULATED AND AGREED BETWEEN THE RESPECTIVE
17  PARTIES that the Joint Scheduling Conference shall be continued from May 24, 2007 at 9:00 a.m.
18  in Courtroom 7 to June 28, 2007 at 9:00 a.m. in Courtroom 7 of the above-entitled court. The
19  defendant's expert report was received this week and the parties are in the process of reviewing
20  said report.  The parties have also entered into preliminary settlement negotiations and are hopeful
21  to reach a settlement in the above action
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / /
28  / / /

1  The parties request that the Joint Scheduling Conference be continued approximately thirty
2  (30) days from the date of May 24, 2007 or June 28, 2007 at 9:00 a.m. in Courtroom 7 of the
3  above-entitled court.

4  DATED: May 23, 2007.

6  By: /s/ THEODORE W. HOPPE
   Attorney for BARCUS SHAW INVESTMENTS

9  DATED: May 23, 2007.

11  By: /s/ THOMAS N. STEWART, III
    Attorney for WILLIAM TRANQUILLI

### ***ORDER***

GOOD CAUSE APPEARING, it is hereby ordered that the Joint Scheduling Conference is continued from May 24, 2007 to June 28, 2003 at 9:00 a.m. in Courtroom 7 of the above-referenced court before Judge Snyder.

Dated: 5/23/2007

/s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. Magistrate Judge

**PROOF OF SERVICE**

I am a citizen of the United States of America, a resident of Fresno County, California, over the age of eighteen 18 years and not a party to the within entitled cause or matter. My business address is 929 L Street, Fresno, California 93721. On the date this document was executed, specified below, I served the foregoing **STIPULATION TO CONTINUE JOINT SCHEDULING CONFERENCE** to the parties in this action by placing a true copy in an envelope and delivering it as follows:

__X__    **(By Mail)**   By placing the document(s) listed above in a sealed envelope, to be mailed to the person(s) at the address(es) set forth below, and placing the same for mailing at Fresno, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

_____    **(By Overnight)** By placing the document(s) listed above in a sealed envelope, and placing the same for overnight delivery by California Overnight at Fresno, California.

_____    **(By Hand)**   I caused each envelope to be delivered by hand.

_____    **(By Facsimile)**   I caused the document(s) listed above to be sent by facsimile to the number(s) set forth below, on this date before 5:00 p.m. Pacific Standard Time.

_____    **(By Personal Service)**   By causing the document(s) listed above to be personally served on the person(s) at the address(es) set forth below, via courier services provided by _____.

Thomas Nelson Stewart, III
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, California 94517

I declare under the penalty of perjury that the foregoing is true and correct. Executed and served on May 23, 2007, at Fresno, California.

/s/ RENA VILLANUEVA